**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SANTOS ZENON, JR.,

    Plaintiff,

v.                                                                Case No.  8:07-cv-2198-T-30MAP

PALISADES COLLECTION, LLC and
LAW OFFICES OF ERSKINE & FLEISHER,

    Defendants.
_____/

## ORDER OF DISMISSAL

THIS COURT entered an Order (Dkt. #17) on February 21, 2008, which allowed Plaintiff to file an amended Complaint within twenty (20) days of the date of said Order if he could allege a violation of the FDCPA within the applicable statute of limitations period. A review of the file reveals that an amended Complaint has not been filed with the Court. In accordance with same, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed with prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on March 18, 2008.

*[Signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2007\07-cv-2198.dismissal.wpd